UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ABDIKADIR S. ABDI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-30223-MGM |
| ) | |
| v. ) | |
| ) | |
| CORELOGIC RENTAL PROPERTY ) | |
| SOLUTIONS, LLC, ) | |
| Defendant. ) | |

SETTLEMENT ORDER OF DISMISSAL
January 17, 2017

The court, having been advised on January 17, 2017, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

By the Court,

 /s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk